**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: | CASE NO.: |
| JAMES C. ALEXANDER and<br>CHRISTY A. ALEXANDER, | 10- |
| Debtor, | Chapter 13 |

## CHAPTER 13 PLAN

1. **Payments Outside Plan**:

   The following secured creditors will be paid outside the Chapter 13 Plan according to the terms of the original contract. Payments will be made directly by the Debtors to the secured creditor.

   a. Bank of America, for 1st and 2nd mortgages on Debtor's residence.
   b. SDC Employees Credit Union, for claim numbers 60032001, 1002668, 4184841171816520 and 4184841171820373.

   The above-described creditors shall cooperate with the Debtors throughout the coarse of the Chapter 13 proceeding by sending the Debtors invoices and/or statements for monthly payments, applying the Debtor's payments in a timely manner, responding to all reasonable requests for information regarding the account, informing Debtors of any changes, and sending information to the Debtors in a timely matter so that the Debtors may file their income tax returns.

   Upon satisfaction of the security interest in a motor vehicle, the secured party shall, within 20 days after payment in full is received, execute a release of the security interest on the title and deliver the same to the Debtors.

2. **Payments Inside The Plan**:

   The Debtors shall pay the Trustee the sum of **$2,490.00** per month for a period of **60** months.

   From the payments so received, the Chapter 13 Trustee shall make disbursements as follows:

   a. Trustee fee: As determined by the Attorney General pursuant to 11 U.S.C. 586(a).

    b. Attorney fees in the amount of $2,500.00
    c. 300.00.
    d. Holders of all other claims, whether secured or unsecured, whose claims have been duly proved and allowed, shall be paid in full.

The above-described creditors shall cooperate with the Debtors throughout the coarse of the Chapter 13 proceeding by sending the Debtors invoices and/or statements for monthly payments, applying the Debtor's payments in a timely manner, responding to all reasonable requests for information regarding the account, informing Debtors of any changes, and sending information to the Debtors in a timely matter so that the Debtors may file their income tax returns.

Upon satisfaction of a security interest in a motor vehicle for which the certification of title is in the possession of the secured party, the secured party shall, within 20 days after payment in full is received, execute a release of its security interest on the said title and deliver the same to the Debtors.

                                                James C. and Christy A. Alexander

                                  By: _/s/ Gus R. Regas
                                      Attorney for Debtors

###